## 52444. CARROLL v. CARROLL.

QUILLIAN, Judge.

The holding in this case is controlled by our decision in *Carroll v. Carroll,* 138 Ga. App. 308.

*Remanded with direction. Deen, P. J., and Webb, J., concur.*

SUBMITTED JULY 15, 1976 — DECIDED JULY 16, 1976.

*Douglas L. Breault,* for appellant.

*Hirsch, Beil & Partin, John Partin,* for appellee.